IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN J. VALVERDE, | Case No. C-11-2423 SC |
| Plaintiff, | ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR |
| v. | <u>TEMPORARY RESTRAINING ORDER</u> |
| WELLS FARGO BANK, N.A.; and ETS SERVICES, LLC, Inc., | |
| Defendants. | |

Plaintiff Bryan J. Valverde ("Plaintiff") has filed and served upon Defendants Wells Fargo Bank, NA and ETS Services, LLC (collectively, "Defendants") an ex parte application for a temporary restraining order enjoining the scheduled July 22, 2011 foreclosure sale of his home. ECF No. 30 ("Application"). The Court sets the hearing on Plaintiff's ex parte application for July 7, 2011, at 10:00 a.m., in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California. Defendants' opposition shall be filed by Tuesday, July 5, 2011, with one copy delivered to the Court's chambers no later than 10:00 a.m. on July 6, 2011.

IT IS SO ORDERED.

Dated: June 30, 2011

UNITED STATES DISTRICT JUDGE